| United States District Court | Southern District of Texas |
|---|---|

Jenggi Kaluom, §
§
    Plaintiff, §
§
versus § Civil Action G-05-642
§
Stolt Offshore, Inc., §
§
    Defendant. §

## Final Dismissal

1. Having been advised by counsel that a settlement has been reached, the court dismisses this case with prejudice.

2. This court retains jurisdiction to enforce the settlement.

Signed on December 24, 2007, at Houston, Texas.

Lynn N. Hughes
United States District Judge